```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 06 B 01931
   KARA COLLINS ANDREWS
                                          CHAPTER 13

                                          JUDGE: BRUCE W BLACK

       Debtor
   SSN XXX-XX-4302


------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 03/01/06 and confirmed on 04/28/06.

     2.  The case was converted to Chapter 7 after confirmation, 06/05/2007.

     3.  The Debtor paid a total of $  13640.00 .

     4.  The Trustee made disbursements to creditors as follows:


------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
------------------------------------------------------------------------
LITTON LOAN SERVICING IN  CURRENT MORTG           .00            .00            .00
LITTON LOAN SERVICING IN  MORTGAGE ARRE      4390.26            .00        4390.26
NPS                       SECURED           13930.93        1174.44        4805.59
AMERICAS FINANCIAL CHOIC  UNSECURED           728.66            .00          72.87
AMERICASH LOANS           UNSECURED          1835.07            .00         183.51
BMG MUSIC SERVICE         UNSECURED         NOT FILED           .00            .00
CAPITAL MANAGEMENT SERVI  UNSECURED         NOT FILED           .00            .00
CHECK INTO CASH           UNSECURED         NOT FILED           .00            .00
CHICAGO LAKESHORE MED AS  UNSECURED         NOT FILED           .00            .00
CITY OF CHICAGO           UNSECURED           540.00            .00          54.00
EXCEL EMERGENCY CARE      UNSECURED         NOT FILED           .00            .00
ILLINOIS LENDING          UNSECURED         NOT FILED           .00            .00
MIDWEST PHYSICIAN GROUP   UNSECURED         NOT FILED           .00            .00
NEWPORT NEWS              UNSECURED         NOT FILED           .00            .00
B LINE LLC                UNSECURED           248.29            .00          24.83
       Summary of disbursements:
------------------------------------------------------------------------
                  SECURED     PRIORITY    UNSECURED      OTHER        TOTAL
------------------------------------------------------------------------
TOTAL CLMS ALLOWED  18321.19        .00      3352.02        .00      21673.21
PRINCIPAL PAID       9195.85        .00       335.21        .00       9531.06
INTEREST PAID        1174.44        .00          .00        .00       1174.44
TOTAL PAID          10370.29        .00       335.21        .00      10705.50
The Debtor's attorney, STARKS & BOYD                  , was allowed $   2200.00
and was paid $    611.00  direct and $   1589.00  through the plan.

The Trustee received $    465.50 .

Refunds to the Debtor totaled $    880.00 .

     Wherefore, the Trustee requests an order be entered discharging
```

the Trustee and the surety on his bond from any further liability in this case.


Dated: 09/26/07                     /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE


                              PAGE   2
          CASE NO. 06 B 01931 KARA COLLINS ANDREWS